**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

DAVID A. DAY,

    Plaintiff,

v.                                               Case No. 11-C-0174

JEFFREY S. HUGHES, MICHAEL BERTLING,
and McLARIO, HELM & BERTLING SC,

    Defendants,

## ORDER

    This matter is before me on plaintiff's motion to file an amended complaint. He infers from my statement that his complaint was not properly brought in federal court that there must be a proper way to bring his complaint in federal court. That is not the case. Any claims plaintiff wishes to pursue against defendants must be brought in state court. Therefore,

    **IT IS ORDERED** that plaintiff's motion to file an amended complaint (Docket #15) is **DENIED**.

    Dated at Milwaukee, Wisconsin, this 5th day of May, 2011.

                                                      /s
                                                      LYNN ADELMAN
                                                      District Judge